The Honorable Ricardo S. Martinez

UNITED STATES DISTRCIT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL CAWTHRA and SARAH CAWTHRA, husband and wife, individually, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a corporation,<br><br>Defendant. | Case No. 2:24-cv-01930 RSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*(Clerk's Action Required)* |

## I.     ORDER

Based upon the Stipulated Miotion of the parties, it is ORDERED:

This action is dismissed with prejudice and without an award of costs or attorney's fees to either party.

DATED this 27th day of January 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 1

Presented by:

**WATHEN | LEID | HALL & RIDER, P.C.**

*s/Rick J Wathen*
Rick J Wathen, WSBA #25539
*Attorney for Plaintiffs*
222 Etruria Street
Seattle, WA 98109-6243
Tel: (206) 622-0494
rwathen@wlhr.legal


Approved by:

**FORSBERG & UMLAUF, P.S.**

*s/ Ryan J. Hesselgesser (per authorization)*
Ryan J. Hesselgesser, WSBA #40720
*Attorney for Defendant*
901 Fifth Avenue Ste 1400
Seattle, WA 98164
206/689-8500
Rhesselgesser@foum.law

ORDER OF DISMISSAL WITH PREJUDICE - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476